IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLIAM L. BRANNING                                                              PLAINTIFF

V.                                                                      CAUSE NO.: 4:10-cv-00064-WAP-DAS

SMITHKLINE BEECHAM CORPORATION                         DEFENDANT
d/b/a GLAXOSMITHKLINE,
a Pennsylvania Corporation

## AGREED ORDER EXTENDING TIME FOR SMITHKLINE
## BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE
## TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

GlaxoSmithKline LLC, formerly known as SmithKline Beecham Corp. d/b/a GlaxoSmithKline ("GSK"),[1] hereby moves the Court *Ore Tenus* for an extension of time to answer or otherwise plead to Plaintiff's Complaint because the matter is expected to be transferred to multidistrict litigation, *In re Avandia Marketing, Sales Practices and Products Liability Litigation,* MDL 1871 (E.D. Pa.), where it shall be governed by the Case Management Orders entered in MDL 1871 by the Honorable Cynthia M. Rufe of the United States District Court for the Eastern District of Pennsylvania. The above-entitled action is expected to be tagged shortly. Plaintiff has no objection to GSK's request.

IT IS HEREBY ORDERED AND ADJUDGED that GSK have an extension of time to answer or otherwise plead to Plaintiff's Complaint until thirty (30) days after transfer of this case to the MDL.

SO ORDERED AND ADJUDGED, this the 21st day of June, 2010.

                                                           /s/David A. Sanders
                                                           UNITED STATES MAGISTRATE JUDGE

---

[1] On October 27, 2009 SmithKline Beecham Corporation redomiciled from Pennsylvania to Delaware, converted into a limited liability company and changed its name to GlaxoSmithKline LLC.